IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ERIC M. NEGRIN, | * | |
| Plaintiff, | * | |
| v. | | Case No.  7:22-cv-136 (WLS-TQL) |
| | * | |
| WARDEN MYERS, et al., | | |
| | * | |
| Defendants. | * | |

## J U D G M E N T

Pursuant to this Court's Order dated April 11, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of April, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk